# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:22-CR-289-S |
| | § | |
| JOSHUA PAUL PARKS (1) | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 4], Addendum to Petition for Person Under Supervision [ECF No. 18], Second Addendum to Petition for Person Under Supervision [ECF No. 28], and Third Addendum to Petition for Person Under Supervision [ECF No. 29] (collectively, the "Petition") to United States Magistrate Judge David L. Horan to conduct a hearing on the alleged violations contained within and "to make findings and a recommendation for modification, revocation, or termination of the Defendant's term of supervised release." *See* Order, ECF No. 15. The hearing on the alleged violations contained in the Petition was subsequently reassigned to Magistrate Judge Renee Toliver. *See* Order, ECF No. 24. The Court received the Report & Recommendation of the United States Magistrate Judge and Defendant's Waiver of the Right to Object ("Report & Recommendation") [ECF No. 35] pursuant to its order. Defendant waived allocution before this Court and his right to object to the Report & Recommendation. *See* Report & Recommendation, ECF No. 35. As such, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Report & Recommendation of the United States Magistrate Judge and Defendant's Waiver of the Right to Object [ECF No. 35] is **ADOPTED** as the opinion and findings of the Court, and Defendant's Supervised Release is **REVOKED**. It is

further **ORDERED** that the Defendant be committed to the custody of the United States Bureau of Prisons ("BOP") to be imprisoned for a term of thirteen (13) months, with no additional term of Supervised Release to follow. The Court makes the non-binding recommendation to the BOP that Defendant be allowed to serve his sentence at FCI Seagoville.

**SO ORDERED.**

SIGNED January 31, 2023.

_____
**KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE**